JAM:rjk
F. #2024R00237

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

NICHOLAS ARCURI,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*   MAY 31, 2024   *
BROOKLYN OFFICE

NOTICE OF MOTION

Criminal Docket No. 24-CR-225

Judge Dora Lizette Irizarry
Magistrate Judge Robert M. Levy

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant NICHOLAS ARCURI's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           May 31, 2024

                                   BREON PEACE
                                   United States Attorney
                                   Eastern District of New York
                                   Attorney for Plaintiff
                                   271 Cadman Plaza East
                                   Brooklyn, New York 11201

                    By:    */s/ Richard J. Kelley*
                            Richard J. Kelley
                            Jeffrey A. McLellan
                            Trial Attorneys
                            U.S. Department of Justice, Tax Division
                            (202) 616-5555

Cc:    Clerk of the Court
        Robert E. Brown, Esq.