# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
\*   MAY 31, 2024   \*
BROOKLYN OFFICE

24-CR-225
Judge Dora Lizette Irizarry
Magistrate Judge Robert M. Levy

1. Title of Case:  United States v. Nicholas Arcuri

2. Related Magistrate Docket Number(s): N/A

3. Arrest Date: N/A

4. Nature of offense(s):    ☒  Felony
                            ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): N/A

6. Projected Length of Trial:    Less than 6 weeks    ☒
                                  More than 6 weeks    ☐

7. County in which crime was allegedly committed: Richmond (Staten Island)
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]    ☐ Yes  ☒ No

9. Has this indictment/information been ordered sealed?    ☐ Yes  ☒ No

10. Have arrest warrants been ordered?    ☐ Yes  ☒ No

11. Is there a capital count included in the indictment?    ☐ Yes  ☒ No

BREON PEACE
United States Attorney

By:    /s/ Richard J. Kelley
Richard J. Kelley
Jeffrey A. McLellan
Trial Attorneys
U.S. Department of Justice, Tax Division
Richard.j.kelley@usdoj.gov
202-616-5555

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 12/14/23