F. #2024R00237

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   -against-<br><br>NICHOLAS ARCURI,<br>               Defendant. | **CORRECTED NOTICE OF NO OBJECTION TO PRESENTENCE INVESTIGATION REPORT DATED NOVEMBER 6, 2024**<br><br>Criminal Action No.<br>24-CR-225 (DLI) |

-------------------------------------------------------------X

     Pursuant to the Court's Scheduling Order of August 5, 2024, the United States files this corrected Notice of No Objection to the Presentence Investigation Report, dated November 6, 2024. The government has no objection to the facts or analysis written in the Report.

Dated:    Washington, DC
           November 20, 2024

                                          BREON PEACE
                                          United States Attorney
                                          Eastern District of New York

                By:     */s/ Richard J. Kelley*
                         RICHARD J. KELLEY
                         JEFFREY A. MCLELLAN
                         Trial Attorneys
                         U.S. Dep't of Justice, Tax Division
                         (202) 616-5555

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document on all parties electronically via the CM/ECF system and emailed the document to Probation. I also caused the foregoing document to be mailed to the chambers of Judge Irizarry via FedEx.

       /s/ Richard J. Kelley
RICHARD J. KELLEY
Trial Attorney